IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

EDDIE MICHAEL NORMAN,

    Plaintiff,

v.

STATESBORO POLICE DEPARTMENT;
BULLOCH COUNTY SHERIFF
DEPARTMENT; and UNNAMED
STATESBORO POLICE DEPARTMENT
OFFICER,

    Defendants.

CIVIL ACTION NO.: 6:18-cv-102

**O R D E R**

After an independent and de novo review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, (doc. 6). No party to this action filed Objections to the Report and Recommendation.

Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. The Court **DISMISSES** Plaintiff's claims against the Statesboro Police Department and the Bulloch County Sheriff's Department and **DENIES** Plaintiff leave to appeal *in forma pauperis* as to these dismissed claims. Plaintiff's excessive force claim against Defendant Unnamed Statesboro Police Department Officer remains pending.

**SO ORDERED**, this 13th day of February, 2020.

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA