FILED
John E. Triplett, Acting Clerk
United States District Court

By CAsbell at 11:24 am, Jun 05, 2020

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

EDDIE MICHAEL NORMAN,

    Plaintiff,

v.

JOSHUA HARRIS,

    Defendant.

CIVIL ACTION NO.: 6:18-cv-102

## O R D E R

Plaintiff brought this action under 42 U.S.C. § 1983, alleging a member of the Statesboro Police Department used excessive force in violation of Plaintiff's constitutional rights.  Doc. 1.  On March 20, 2020, Defendant Joshua Harris,[1] the only remaining Defendant in this case, filed a Motion for Summary Judgment seeking judgment as a matter of law under the doctrine of qualified immunity.  Doc. 11.  On March 23, 2020, the Clerk of Court issued a notice to Plaintiff stating that "all pleadings, affidavits, and other evidence in opposition to [Defendant's] motion for summary judgment MUST be filed with the Clerk's office ON OR BEFORE 4/10/20."  Doc. 13.  The notice further provided: "If you do not timely respond to this motion for summary judgment, the consequence may be that the Court will deem the motion unopposed, and the Court may enter judgment against you."  Id.  Almost two months have passed since the deadline to respond to Defendant's Motion for Summary Judgment, and Plaintiff has filed neither a response nor a request for an extension to respond.

---

[1] Defendant Joshua Harris was previously identified as Unnamed Statesboro Police Department Officer in this matter.

As the case stands, the Court is prepared to deem Defendant's Motion for Summary Judgment unopposed and to proceed with a ruling on its merits. In an abundance of caution, the Court **ORDERS** Plaintiff to either give notice to the Court within 14 days of this Order that he has no opposition to Defendant's Motion for Summary Judgment or to **SHOW CAUSE** as to why Defendant's Motion for Summary Judgment should not be considered unopposed by filing a response in opposition. Plaintiff's failure to respond to this Order within 14 days shall result in the dismissal of this cause of action, without prejudice, for failure to prosecute.

**SO ORDERED**, this 5th day of June, 2020.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA