AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

EDDIE MICHAEL NORMAN,

    Plaintiff,

**JUDGMENT IN A CIVIL CASE**

v.

CASE NUMBER: 6:18-cv-102

JOSHUA HARRIS,

    Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order of this Court dated August 4, 2020, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court. Accordingly, the Court dismisses Plaintiff's Complaint without prejudice for failure to prosecute. Plaintiff is denied in forma pauperis status on appeal. This case stands closed.

Approved by: _____

| | |
|---|---|
| August 5, 2020 | John E. Triplett, Acting Clerk of Court |
| *Date* | *Clerk* |
| | _____ |
| | *(By) Deputy Clerk* |

GAS Rev 10/1/03